THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST ) <br> FUND LAKE COUNTY AND VICINITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APTIM SERVICES, LLC, A LOUISIANA LLC, ) <br> formerly d/b/a STONE & WEBSTER, INC., ) <br> ) <br> Defendant. ) | Case No.  2:18-CV-125-JVB-JEM |

# **ORDER**

The parties having filed their STIPULATION OF DISMISSAL, and the Court being duly advised in these premises, now **GRANTS** same.  Plaintiff's Complaint and cause of action against APTIM SERVICES, LLC, A LOUISIANA LLC, formerly d/b/a STONE & WEBSTER, INC., is now dismissed without prejudice.

**SO ORDERED** on March 29, 2019.

 S/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT COURT JUDGE